No. 2842. CARRISON v. CORBETT. November Term, 1891. Consent order dismissing appeal. PER CURIAM, January 30, 1892.

No. 2843. CLYBURN v. CORBETT. November Term, 1891. Consent order dismissing appeal. PER CURIAM, Jaunuary 30, 1892.

No. 2858. EX PARTE KINGMAN AND BURKETT. November Term, 1891. This was simply an order for bail under proceedings in *habeas corpus.* The charge was murder. Bail allowed in the sums of $5,000 and $3,000 respectively, January 29, 1892.

No. 2865. BRYSON v. RAILWAY COMPANY. November Term, 1891. This was an appeal from an order overruling an oral demurrer to a complaint which contained the same allegations as the complaint in *Nance* v. *Georgia &c. Railway Company, ante* 307, and the decision in this case simply referred to that as its decision here. Appellant further contended that his motion for non-suit should have been granted. It seems that after verdict for plaintiff, the presiding judge (HUDSON) set aside the verdict and ordered a new trial. This court held, under the authority of *Agnew* v. *Adams,* 24 S. C., 86, that there could be no appeal from the refusal to grant a non-suit, as there was no final judg-ment. Judgment affirmed. OPINION by MR. JUSTICE POPE, February 17, 1892. *L. W. Perrin,* for appellant. *Benet & McGowan,* contra.

No. 2866. WHARTON v. RAILWAY COMPANY. November Term, 1891. This case involved the same points as *Nance* v. *Georgia &c. Railway Company, ante* 307, which was referred to as decisive of this appeal. Judgment affirmed. OPINIÓN by MR. JUSTICE POPE, February 17, 1892. *L. W. Perrin,* for appellant. *Benet & McGowan,* contra.

No. 2877. THOMSON v. DILLINGER. November Term, 1891. (Heard before Mr. Justice Pope's qualification.) This was an action instituted in a trial justice's court to recover $9.50 for 38 dozen bundles of oats at 25 cents a dozen, which plaintiff alleged had been purchased for defendant by his agent, Head. One of